IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVERICK SCOTT**                                                                   **PLAINTIFF**
**ADC #131042**

V.                                                   No. 4:25-cv-00046-LPR-BBM

**JOI HARRIS,** *et al.*                                                      **DEFENDANTS**

## ORDER

On January 17, 2025, Plaintiff Deverick Scott, an inmate at the Larry B. Norris Unit of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On March 20, 2025, United States Magistrate Judge Benecia B. Moore found that Plaintiff had three "strikes" under the Prison Litigation Reform Act and had not alleged that he was in imminent danger of serious physical injury.[2] Accordingly, Judge Moore denied Plaintiff's Motion to Proceed *in forma pauperis*, directed Plaintiff to pay the $405 filing and administrative fees within thirty days, and warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3] Plaintiff appealed Judge Moore's March 20, 2025 Order.[4] On May 13, 2025, the Court entered an Order affirming Judge Moore's decision.[5] Plaintiff has not complied with Judge Moore's March 20, 2025 Order, and the time for doing so has long since expired. Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 10).

[3] *Id*.

[4] Appeal of Magistrate Judge Decision to District Court (Doc. 11).

[5] Order (Doc. 12).

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice.

2. Plaintiff's Motion to Dismiss Defendants (Doc. 5) is DENIED as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

DATED this 13th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE